IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERIC T. JACKSON, et al,

    Plaintiffs,

v.

GREGORY GILL, et al.,

    Defendants.

Civ. No. 6:20-cv-00906-MK

**JUDGMENT**

AIKEN, Judge:

    This matter is DISMISSED pursuant to the Order (doc. 93) and Judge Kasubhai's F&R (doc. 91).

IT IS SO ORDERED.

    DATED this 10th day of November, 2021.

    /s/Ann Aiken
Ann Aiken
United States District Judge

1 –JUDGMENT